IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


GERRY L. RANSON,
D.O.C #B-114511,

      Plaintiff,

v.                                                                      4:22cv45–WS/MAF

DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.

_____


ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF

No. 4) docketed March 11, 2022. The magistrate judge recommends that Plaintiff's

complaint be dismissed for failure to prosecute and failure to comply with a court

order. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and

recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 4) is adopted

and incorporated by reference in this order of the court.

2. Plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to comply with a court order and for failure to prosecute.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this ___12th___ day of ___April___, 2022.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE